```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

*UNITED STATES of AMERICA,*

    v.                                     Case 1:22-cr-10103 LTS

*ERNEST JOHNSON,*
        Defendant.

ASSENTED-TO MOITON TO CONTINUE SENTENCING HEARING

Defendant, Ernest Johnson, by his counsel, Kevin L. Barron, Esq., respectfully moves the Honorable Court for an Order continuing the December 15 sentencing hearing. Good cause exists to grant this motion. Defense counsel is ill with flu and cannot conduct a contested hearing. The government assents to this motion. Government counsel informs that his wife is expecting in the next nine days and that he has scheduled leave until February 23, 2023. Defense counsel believes that the government could not rely on substitute counsel for sentencing due to the scope of the investigation and complexity of the case. Accordingly, the parties request scheduling in late February or early March 2023.

Dated:  December 13, 2022        Respectfully submitted,
                                              ERNEST JOHNSON, defendant,
                                              By his counsel,
                                              <u>/s/Kevin L. Barron</u>
                                              Kevin L. Barron, Esq.
                                              50 Congress St. - Ste. 600
                                              Boston, MA 02109
                                              (617) 407-6837

CERTIFICATE OF SERVICE

Counsel certifies that he has caused a true copy of this motion to be served today through the CM/ECF system of this District on the attorneys for all the parties as set forth in the notice of electronic filing and that he has transmitted a copy of this motion to US Probation Officer Crystal Monteiro through her electronic mail of Crystal_Monteiro@map.uscourts.gov.  No party requires service by other means.

/s/Kevin L. Barron